STATE OF RHODE ISLAND  AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

__X__ *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

____ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

____ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

____ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

#0020573172 - REO

CIVIL ACTION, FILE No. 09-3333

Gerald Parrillo
**Plaintiff**

Sand Canyon Corporation
**Defendant**

## *Summons*

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon George E. Babcock, Esquire Plaintiff's attorney, whose address is 23 Acorn Street, Suite 202, Providence RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Sand Canyon Corporation
Legal Department     CLERK

NOV 17 2009

Dated: .....................................................

(Seal of the Superior Court)

Date Received

S-135 (REV. 02/07)