```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND


TONI ZARRA,                         :
         Plaintiff,                 :
                                    :
     v.                             :    CA 10-162 ML
                                    :
MORTGAGE ELECTRONIC                 :
REGISTRATION SYSTEMS, ET AL.,       :
         Defendants.                :


MARC BEAUDOIN,                      :
         Plaintiff,                 :
                                    :
     v.                             :    CA 10-193 ML
                                    :
MORTGAGE ELECTRONIC                 :
REGISTRATION SYSTEMS, ET AL.,       :
         Defendants.                :


DONNA O'HERN,                       :
         Plaintiff,                 :
                                    :
     v.                             :    CA 10-195 ML
                                    :
MORTGAGE ELECTRONIC                 :
REGISTRATION SYSTEMS, ET AL.,       :
         Defendants.                :
```

**AMENDED[1]**

**NOTICE OF CONFERENCE**

**TO CONSIDER CONSOLIDATION**

**OF CASES LISTED ON PAGE 2**

The above cases were consolidated on June 15, 2010, pursuant

---

[1] This amended notice differs from the Notice of Conference to Consider Consolidation of Cases Listed on Page 2 which was issued on June 28, 2010, in that the amended notice adds an additional case to the actions listed on page 2 which are being considered for consolidation, specifically <u>Gerald Parillo v. Option One Mortgage Corp.</u>, et al., CA 09-577 ML.

to an order entered by Chief Judge Mary M. Lisi. Relatedly, Judge Lisi has directed this Magistrate Judge to conduct a conference with counsel in the actions listed on page 2 of this Notice to determine if they should also be consolidated with the above cases:

<u>Michael F. Tracy, et al. v. Deutsche Bank Nat'l Trust Co., et al.</u>, CA 10-24 ML;

<u>Christopher Medeiros, et al. v. Option One Mortgage Corp., et al.</u>, CA 10-68 ML;

<u>John A. McLaughlin, et al. v. Mortgage Elec. Registration Sys., Inc., et al.</u>, CA 10-123 ML;

<u>Adam Mastrostefano v. Am. Home Mortgage Servicing, Inc. et al.</u>, CA 10-160 ML;

<u>Keith E. Rezendes, et al. v. Option One Mortgage Corp., et al.</u>, CA 10-215 ML.

<u>Gerald Parillo v. Option One Mortgage Corp., et al.</u>, CA 09-577 ML.

**The conference will be held in Courtroom B, John O. Pastore Federal Building, at 2:00 p.m. on Wednesday, July 21, 2010.** Counsel should be prepared to state their respective positions relative to the consolidation of these cases. Counsel may, but are not required to, file a brief memorandum (1-2 pages in length) setting forth the reason(s) for such position. Such memoranda are to be filed not later than July 19, 2010.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 30, 2010