UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GERALD PARRILLO | : |
| | : |
| Vs. | : |
| | : |
| OPTION ONE MORTGAGE CORPORATION, | : |
| SAND CANYON CORPORATION, AMERICAN | : |
| HOME MORTGAGE SERVICING | :  C.A. No. 09-577ML |
| CORPORATION, DEUTSCHE BANK | : |
| NATIONAL TRUST COMPANY, AS TRUSTEE | : |
| FOR THE CERTIFICATE HOLDERS OF | : |
| SOUNDVIEW HOME LOAN TRUST, | : |
| 2006-OPT3, ASSET BACKED CERTIFICATES, | : |
| SERIES OPT3 | : |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii), the plaintiff hereby voluntarily dismisses all claims against the defendants with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| GERALD PARRILLO | OPTION ONE MORTGAGE CORPORATION and SAND CANYON CORPORATION |
| By his attorney, | |
| | By their attorney, |
| */s/ George E. Babcock* | */s/ Patricia A. Buckley* |
| George E. Babcock, No. 3747 | Patricia A. Buckley, No. 2987 |
| 23 Acorn Street | Bengtson & Jestings, LLP |
| Providence, RI 02903 | One Turks Head Place, Suite 400 |
| (401) 274-1905 | Providence, RI 02903 |
| (401) 274-1907 (facsimile) | 401-331-7272 |
| | 401-331-4404 (facsimile) |

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS
OF SOUNDVIEW HOME LOAN TRUST,
2006-OPT3, ASSET BACKED
CERTIFICATES, SERIES OPT3 and
AMERICAN HOME MORTGAGE
CORPORATION

By their Attorneys,

*/s/ Ranen S. Schechner*
Ranen S. Schechner, No. 6943
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
Boston, MA 02110
401-751-0842
401-273-8543 (facsimile)

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2011.

*/s/ Ranen S. Schechner*
Ranen S. Schechner

34071248v1 0906647 70275